[Crim. No. 7773. Second Dist., Div. Two. Dec. 29, 1961.]

THE PEOPLE, Plaintiff and Respondent, v. WILLIE
FERREL, Defendant and Appellant.

Willie Ferrel, in pro. per., for Defendant and Appellant.

Stanley Mosk, Attorney General, and Elizabeth Miller,
Deputy Attorney General, for Plaintiff and Respondent.

ASHBURN, J.— This appeal, taken by defendant in
propria persona, was filed four days too late. There is no
competent showing of governmental laxity which would ex-
cuse the delay under the doctrine of *People* v. *Slobodion,* 30
Cal.2d 362 [181 P.2d 868] and *People* v. *Head,* 46 Cal.2d
886 [299 P.2d 872]; hence the appeal must be dismissed
(*People* v. *Ayala,* 148 Cal.App.2d 760 [307 P.2d 418]).

However, we have made a gratuitous but careful examina-
tion of the record and it appears therefrom that the judg-
ment would have to be affirmed upon the merits if we had
jurisdiction to pass upon the same.

The appeal is dismissed.

Fox, P. J., and Herndon, J., concurred.